## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 15-cr-00207** |
| **VERSUS** | **JUDGE DRELL** |
| **KEVIN PATRICK ABSHIRE** | **MAGISTRATE JUDGE WHITEHURST** |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, Kevin Patrick Abshire, on June 16, 2016. The defendant was present with his counsel, Wayne J. Blanchard.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that his guilty plea is knowing and voluntary, and that his guilty plea to Count 2 of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that the

District Court **ACCEPT** the guilty plea of the defendant, Kevin Patrick Abshire, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Kevin Patrick Abshire be finally adjudged guilty of the offense charged in Count 2 of the Indictment.

The defendant has waived his right to file an objection to the Report and Recommendation.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the __19__ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE