RECEIVED
JUL 2 0 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-cr-00207 |
| VERSUS | JUDGE DRELL |
| KEVIN PATRICK ABSHIRE | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Kevin Patrick Abshire, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Kevin Patrick Abshire is finally adjudged guilty of the offense charged in Count Two of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of July, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT